IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD GOZY,

      Petitioner,                      No. CIV S-06-2461 FCD DAD P

   vs.

D.K. SISTO, Acting Warden, et al.,

      Respondents.                <u>ORDER</u>

_____/

        By order filed November 27, 2006, respondents were directed to file and serve a response to petitioner's habeas petition. Respondents filed a timely answer to the petition on December 26, 2006, together with a certificate of service reflecting service of the answer on petitioner at his address of record. On January 11, 2007, the court received from petitioner a document in which he states that on December 29, 2006, he signed a mail log for receipt of legal mail but then the officer could not find petitioner's legal mail and said he would look for it. Petitioner has made several attempts to obtain his missing mail and on January 4, 2007, was advised by the mail room supervisor to "write the court and try and get another copy."

        Although respondents' answer appears to have been properly served on petitioner, prison staff appear to have lost petitioner's copy of the document. Respondents' counsel will be directed to make an inquiry into this matter and, if necessary, to re-serve the answer on petitioner.

In their answer, respondents request that the court substitute D.K. Sisto, Acting Warden, for Tom Carey, who has retired. The request will be granted.

IT IS HEREBY ORDERED that:

1. Petitioner's January 11, 2007 request is granted in part;

2. Respondents' counsel shall make an inquiry into the loss of petitioner's copy of the answer filed and served on December 26, 2006;

3. If petitioner's copy of the answer is not located within five court days after this order is served, respondents shall re-serve the answer on petitioner and file a certificate reflecting such re-service;

4. Petitioner's reply to respondents' answer shall be filed and served within thirty days after petitioner receives a copy of the answer; and

5. Respondents' December 26, 2006 request to substitute D.K. Sisto, Acting Warden, as respondent in place of Tom Carey, Warden, is granted, and the Clerk of the Court shall amend the docket for this action to reflect the substitution.

DATED: January 19, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
gozy2461.svcans

2