IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD GOZY,

    Petitioner,                    No. CIV S-06-2461 FCD DAD P

    vs.

D.K. SISTO, Acting Warden, et al.,

    Respondents.             ORDER

_____/

    Petitioner has requested an extension of time to file a response to the respondents' answer pursuant to the court's order of January 19, 2007. Good cause appearing, petitioner's request will be granted.

    Petitioner has also requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

    Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. Petitioner's February 22, 2007 request for an extension of time is granted. Petitioner is granted thirty days from the date of this order in which to file a response to the respondents' answer.

2. Petitioner's February 22, 2007 request for appointment of counsel is denied.

DATED: March 2, 2007.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:bb:9
gozy2461.110.111