UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD GOZY, | No. 2:06-cv-02461 JCW |
| Petitioner, | |
| v. | ORDER TO SHOW CAUSE |
| TOM CAREY, Warden, | |
| Respondent. | |

Gozy, while still a California state prisoner, petitioned *pro se* for writ of habeas corpus pursuant to 28 U.S.C. § 2254. In 2003, the Board of Parole Hearings found Gozy suitable for parole. In 2004, the Governor of California reversed this decision based on the gravity of the offenses leading to Gozy's commitment, his insufficient plans upon parole, and the opposition of law enforcement officials to his parole. Gozy challenged the 2004 decision by the Governor reversing the Board of Prison Terms' (now the Board of Parole Hearings) decision finding him suitable for parole.

On February 1, 2010, the respondent filed a notice of release in this action. In that notice, respondent sets forth that Gozy was released on parole on June 18, 2009.  Gozy's release on parole was ordered by the Los Angeles County Superior Court, which granted a petition for a writ of habeas corpus challenging the Governor's 2007 decision which had found Gozy unsuitable for parole.  The Governor has appealed the superior court's decision, but Gozy remained on parole during the pendency of that appeal.  The California Court of Appeal affirmed the superior court's decision on December 22, 2009.  Thus, Gozy is still on parole.

Respondent's notice of release does not disclose whether the Governor has appealed the court of appeal's decision.  Therefore, Gozy and respondent are ORDERED TO SHOW CAUSE by September 30, 2010 why this case should not be dismissed as moot.

DATED: August 13, 2010

_____
J. Clifford Wallace
United States Circuit Judge