UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD GOZY, | No. 2:06-cv-02461 JCW |
| Petitioner, | |
| v. | ORDER |
| TOM CAREY, Warden, | |
| Respondent. | |

On June 18, 2009, Petitioner Edward Gozy was released on parole pursuant to a state petition for post-conviction collateral relief. This relief became final on March 1, 2010. Because Gozy has already obtained the relief sought in his federal habeas petition, the instant action has become moot. *See Munoz v. Rowland*, 104 F.3d 1096, 1097-98 (9th Cir. 1997).

It is therefore ORDERED that Gozy's petition for writ of habeas corpus is DISMISSED.

DATED: November 1, 2010         /s/ J. Clifford Wallace

_____
J. Clifford Wallace
United States Circuit Judge

1